**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-1623

MUHAMMAD BILAL ABDUL-ALIM,

Plaintiff - Appellant,

versus

JOHN H. DALTON, SECRETARY OF THE NAVY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-97-1087)

Submitted: August 13, 1998      Decided: August 31, 1998

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Muhammad Bilal Abdul-Alim, Appellant Pro Se. Susan Lynn Watt, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his claim of employment discrimination. At the time Appellant filed the notice of appeal it was interlocutory, but this court now has jurisdiction over the appeal under the doctrine of cumulative finality because all of Appellant's claims have been dismissed. <u>See</u> <u>Equipment Fin. Group, Inc. v. Traverse Computer Brokers</u>, 973 F.2d 345, 347 (4th Cir. 1992). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Abdul-Alim v. Dalton</u>, No. CA-97-1087 (E.D. Va. May 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>